UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>        Plaintiff,<br><br>   v.<br><br>M. DOBBS, et al.,<br><br>        Defendants. | No.  2:24-cv-00478-DJC-EFB (PC)<br><br><br>ORDER |

Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 7, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 7, 2025 (ECF No. 12) are adopted in full;
2. The case is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(A); and
3. The Clerk of Court is directed to administratively terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated:  **April 18, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2