UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>            Plaintiff,<br><br>    v.<br><br>M. DOBBS,<br><br>            Defendant. | No.  2:24-cv-00478-DJC-EFB (PC)<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state inmate, proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On May 22, 2025, the court ordered plaintiff to pay the $405 filing fee within 30 days.  ECF No. 17.  The order warned plaintiff that failure to comply would result in dismissal of the action without prejudice.  The time for acting has now passed and plaintiff has not paid the fee.  Accordingly, it is RECOMMENDED that this action be DISMISSED without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 17, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE