UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. JACQUES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. DOBBS, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-0478-DJC-EFB (PC)<br><br><br>ORDER |

　　　　Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 22, 2025, the Court ordered plaintiff to pay the filing fee for this action within 30 days or face dismissal.  ECF No. 17.  Plaintiff did not do so.  Accordingly, on July 17, 2025, the Magistrate Kfiled findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Plaintiff objects that she should not be required to pay the filing fee because she has no funds.  ECF No. 19.  She appends a fragmentary record of her trust account statement, showing that she had over $1700 in funds at the time this action was filed and over $1400 as of January 3, 2025.  *Id.* at 12-13.  Plaintiff has left a portion of the statement missing for the period between January 3 and April 1, 2025, when the account balance had been depleted to $159.74.  *Id.*  Plaintiff does not explain the missing information.  Plaintiff's trust account statement indicates that she has had the funds to pay the filing fee at many times since the initiation of this action on February 15, 2024, yet she has not done so.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2025 (ECF No. 18) are adopted in full;
2. The case is dismissed for failure to pay the filing fee; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **September 12, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2